# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ADVENTURE OUTDOORS, INC., a Georgia Corporation, et al., : : : | |
| Plaintiffs, : : | |
| v. : : | CIVIL ACTION NO. 1:06-CV-2897-JOF |
| MICHAEL BLOOMBERG, Mayor of the City of New York, in his capacity as Mayor of New York City, and individually, et al., : : : : : | |
| Defendants. : | |

## OPINION AND ORDER

Until further notice, the court DIRECTS the Clerk of the Court to SEAL the court's order of September 20, 2007. In lieu thereof, the Clerk of the Court is DIRECTED to file the attached redacted version of the order. The Clerk of the Court is FURTHER DIRECTED to SEAL Exhibits 5 through 10 filed in conjunction with Plaintiffs' response to Defendants' Motion to Dismiss, Docket Entry 12.

**IT IS SO ORDERED** this 21st day of September 2007.

                                                s/ J. Owen Forrester
                                                J. OWEN FORRESTER
                               SENIOR UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)