# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

ADVENTURE OUTDOORS, INC.,  :
a Georgia corporation, et al.,  :
: 
      Plaintiffs,  :
:   CIVIL ACTION NO.
v.  :   1:06-CV-2897-JOF
:
MICHAEL BLOOMBERG, et al.,  :
:
      Defendants.  :

## **ORDER**

In an opinion issued as mandate on January 20, 2009, the United States Court of Appeals for the Eleventh Circuit directed this court to remand the above-captioned case to state court.

Therefore, the court DIRECTS the Clerk of the Court to REMAND this case to the Superior Court of Cobb County. The court further DIRECTS the Clerk of the Court to close Defendants' Motion to Stay Discovery [49].

**IT IS SO ORDERED** this 25th day of February 2009.

                                                s/ J. Owen Forrester
                                               J. OWEN FORRESTER
                    SENIOR UNITED STATES DISTRICT JUDGE